UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| MANTISSA CORPORATION,<br><br>    Plaintiff,<br><br>v.<br><br>GREAT AMERICAN BANCORP, INC. et al.<br><br>    Defendants. | Case No. 2:18-cv-02103<br><br>Hon. Sue E. Myerscough<br>Magistrate Judge Eric I. Long<br><br>JURY TRIAL DEMANDED |

### DECLARATION OF TIM TOURVILLE REGARDING IMPROPER VENUE

1. I, Tim Tourville, am over the age of 18 years and have personal knowledge of the matters set forth herein and, if called as a witness, could and would competently testify thereto.

2. I am currently an employee of Fiserv and have been since March 2017. My current job title at Fiserv is Vice President of Global Real Estate & Workplace Solutions. As part of my job responsibilities, I am familiar with the location of Fiserv's facilities, including the work locations of its employees.

3. Fiserv Solutions, LLC is a Wisconsin limited liability company headquartered at 255 Fiserv Dr., Brookfield, Wisconsin 53045.

4. I understand that the U.S. Department of Justice provides information on the boundaries of the Central District of Illinois. *See* Ex. 1. The website also identifies the counties within Illinois served by the Central District of Illinois.

5. Based on my understanding of the physical boundaries of the Central District of Illinois, I have confirmed that Fiserv does not have any offices, facilities, or own or lease any real property, in the Central District of Illinois.

6. Fiserv also does not have a corporate address, mailing address, or telephone number in the Central District of Illinois.

7. Fiserv does not maintain any product literature or products for sale at a facility within the Central District of Illinois.

8. Fiserv has not paid anyone to operate Fiserv's business within a residence in the Central District of Illinois. Fiserv has not publicly advertised or otherwise indicated that any residence in the Central District of Illinois was a Fiserv place of business.

9. Fiserv does not own or lease any computer servers or operate any data processing facilities within the Central District of Illinois.

I declare under penalty of perjury that the foregoing is true and correct, and that this declaration was executed in _____, on August 8, 2019.

Tim Tourville

-2-